UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS AND LISSA DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTEO SIMONE and GIUSEPPINA MARIA SIMONE Family Trust; And DOES 1 THROUGH 10, Inclusive<br><br>    Defendants. | Case No.: 07cv0992 JM (BLM)<br><br>ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ONLY DEFENDANTS MATTEO SIMONE and GIUSEPPINA MARIA SIMONE Family Trust FROM PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs, through their respective attorneys of record that ONLY Defendants **MATTEO SIMONE and GIUSEPPINA MARIA SIMONE Family Trust** are dismissed **with** prejudice from Plaintiffs' Complaint, Case Number: 07cv0992 JM (BLM). Dismissal of ONLY Defendants **MATTEO SIMONE and GIUSEPPINA MARIA SIMONE Family Trust** shall not affect the continuing litigation with the remaining Defendants.

    **IT IS SO ORDERED.**

Dated July 2, 2007

                                    HONORABLE JEFFREY T. MILLER
                                    U.S. DISTRICT JUDGE